NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**FLASH SEATS, LLC,**
*Plaintiff-Appellant,*

**v.**

**PACIOLAN, INC.,**
*Defendant-Appellee.*

―――――――――

2012-1053, -1093

―――――――――

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-0575, Judge Leonard P. Stark.

―――――――――

**JUDGMENT**

―――――――――

BRIAN T. MORIARTY, Hamilton, Brook, Smith & Reynolds, PC, of Concord, Massachusetts, argued for plaintiff-appellant.

CLEMENT S. ROBERTS, Durie Tangri LLP, of San Francisco, California, argued for defendant-appellee. With him on the brief were DARALYN J. DURIE and EUGENE NOVIKOV.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 8, 2012                  /s/ Jan Horbaly
   Date                           Jan Horbaly
                               Clerk